PROB 12B
(7/93)

Report Date: April 8, 2011

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 1 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jeremy Allen Standow              Case Number: 2:99CR00102-1 & 2:99CR00130-1

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/12/2001              Type of Supervision: Supervised Release

Original Offense: Conspiracy to Possess With Intent     Date Supervision Commenced: 7/3/2009
to Distribute of Cocaine, 21 U.S.C. § 846(a) and
(b)(1)(A); Possession With Intent to Distribute
Cocaine, 21 U.S.C. § 841(a)(1); Importation of
Cocaine, 21 U.S.C. § 952

Original Sentence: Prison - 120 Months; TSR - 96     Date Supervision Expires: 7/2/2017
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth
Circuit Court of Appeals' finding in <u>United States v. Stevens</u> (9th Cir. 2005), and to request that the conditions of
supervision be modified to authorize a maximum of six random drug tests per month.

Jeremy Standow was asked whether he would waive his right to a hearing and agree to the modifications as previously
described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr.
Standow has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/08/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Prob 12B
**Re: Standow, Jeremy Allen**
**April 8, 2011**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

_____
Date